IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
(LAS CRUCES DIVISION)

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )
                                         )
        vs.                              )        Criminal Case No. 15-CR-4269
                                         )
MARIO RODRIGUEZ,                         )
                                         )
                    Defendant.           )

## ENTRY OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, MARIO RODRIGUEZ, by his attorney, and enters his

appearance as Attorney of Record of the defendant in the above styled and numbered cause.

WHEREFORE, the undersigned prays the court enter his appearance as Attorney of Record for

the Petitioner in the above styled and numbered cause and requests notification of the following

court scheduled hearing.

Respectfully submitted,

_/s/ SANTIAGO HERNANDEZ
SANTIAGO D. HERNANDEZ
State Bar No. 24035668

HERNANDEZ LAW FIRM
1219 E. Missouri Avenue
El Paso, Texas 79902 Tel.
        (915) 351-4300
Fax     (915) 314-0054