AO 442 (Rev. 10/08) Warrant for Arrest

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2026 MAR 27  AM 10: 25

# UNITED STATES DISTRICT COURT

District of New Mexico

CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Mario Rodirguez** | WARRANT FOR ARREST<br>Duplicate Original<br>(Pursuant to Rule 41)<br>**Case: 15cr04268-015JB and 15cr04269-0⊞** |

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Mario Rodriguez** and bring him or her forthwith

to the nearest magistrate judge to answer a petition for

☐ Violation of Conditions of Pretrial Release      ☐ Probation Violation      ☒ Supervised Release Violation

charging him or her
Failing to report as instructed and failing to follow probation officer instructions.

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for violation of the conditions of supervision as set by the Honorable  Damian L.Martinez    in violation of

18 U.S.C. 3583(e)

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| | |
|---|---|
| Honorable /s/ Damian L. Martinez | 03/20/2026 1726 |
| Name of Issuing Judge | Date and Time |

| | |
|---|---|
| Las Cruces | /s/ Andrea C. Hernandez |
| Location | United States Probation/Pretrial Services Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/20/2026 | Charles Palacios; Dusty | |
| DATE OF ARREST | | |
| 3/23/2026 | | |

Silver City, nm