FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

CLERK-LAS CRUCES

AO 442 (Rev. 10/08) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of New Mexico

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Duplicate Original |
| **Mario Rodirguez** | (Pursuant to Rule 41) |

**Case: 15cr04268-015JB and 15cr04269-0⬛**

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Mario Rodriguez** and bring him or her forthwith
to the nearest magistrate judge to answer a petition for

☐ Violation of Conditions of Pretrial Release      ☐ Probation Violation      ☒ Supervised Release Violation

charging him or her
Failing to report as instructed and failing to follow probation officer instructions.

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for
violation of the conditions of supervision as set by the Honorable Damian L. Martinez   in violation of
18 U.S.C. 3583(e)

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant
pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| Honorable /s/ Damian L. Martinez | 03/20/2026 1726 |
|---|---|
| Name of Issuing Judge | Date and Time |

| Las Cruces | /s/ Andrea C. Hernandez |
|---|---|
| Location | United States Probation/Pretrial Services Officer |

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/20/2026 | Charles Palacios DUSM | |
| DATE OF ARREST | | |
| 3/23/2026 Silver City, nm | | |