UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE JAMES O. BROWNING**

**CRIMINAL CLERK'S MINUTES**
MOTION HEARING

CASE NUMBER: **CR 15-4268 JB / CR 15-4269 JB**    DATE: **06/11/2026**

CRD: **JOANN O. STANDRIDGE**    COURT REPORTER: **FATIMA SANCHEZ**

DEFENDANT(S):    ATTORNEY(S):
**MARIO RODRIGUEZ**    **SANTIAGO HERNANDEZ**

AUSA: **MARIA ARMIJO**    Interpreter: **N/A**

USPPO: **DONNA LUCERO**    Court in Session: **1:30 PM – 1:50 PM (20 MINUTES)**

**1:30 PM  COURT:    CALLS BOTH CASES.**
**ADDRESSES THE DEFT'S REQUEST TO HOLD REVOCATION PETITION IN ABEYANCE.**

**S. HERNANDEZ: ADDRESSES THE REASON FOR DEFT'S REQUEST. DEFT HAS SERIOUS MEDICAL ISSUES THAT SHOULD BE ADDRESSED.**

**DEFT: ADDRESSES THE MEDICAL CONCERNS FOR THE REQUEST TO HOLD REVOCATION IN ABEYANCE. CONCERNS REGARDING HALFWAY HOUSE VIOLATIONS. REQUESTS TO RETURN TO HOME (SILVER CITY). ASSURES THE COURT HE WILL NOT VIOLATE IF ALLOWED TO RETURN TO HIS HOME. HAS A HOME, 2 JOBS, TREATMENT. HEALTH IS BAD. HAS PULMONARY AMBULISMS. LIFE THREATENING. SUCCESS IS IN SILVER CITY. 3RD TIME PREPARING TO RETURN HOME. ACKNOWLEDGES HIS ADDICTION. BELIEVES HE IS BIPOLAR.**

**S. HERNANDEZ: ARGUES FOR THE REQUEST TO HOLD PETITIONS IN ABEYANCE.**

**AUSA: THIS CASE IS DIFFERENT. CONCERN W/DEFT'S ADDICTION. DEFT NEEDS TO GO INTO A RESIDENTIAL RE-ENTRY SUBSTANCE ABUSE PROGRAM. OPPOSED TO DEFT JUST BEING RELEASED W/OUT TREATMENT PROGRAM.**

**USPPO: NOT IN AGREEMENT RELEASING DEFT INTO PUBLIC W/OUT SOME TYPE OF SUBSTANCE ABUSE TREATMENT PROGRAM. FEELS DEFT HAS NEGATIVE ASSOCIATIONS IN SILVER CITY. GIVEN DEFT'S PAST, DEMONSTRATED EXTREMELY VIOLANT AND DANGEROUS. NOT IN AGREEMENT W/HOLDING PETITION IN ABEYANCE.**

**S. HERNANDEZ: DOES NOT BELIEVE DEFT WAS EVER FOUND IN POSSESSION OF 8" SHANK, UNAWARE OF ANY THREATS DEFT MADE TOWARDS USPPO. PRIMARY REASON FOR REQUEST IS BECAUSE OF DEFT'S HEALTH. WOULD LIKE THE OPPORTUNITY FOR DEFT TO TREAT HIMSELF.**

**COURT: DOES NOT NORMALLY HOLD MATTERS IN ABEYANCE. COURT DENIES DEFT'S REQUEST TO HOLD PETITIONS IN ABEYANCE. COURT PROCEEDS WITH BOTH MATTERS FOR FINAL REVOCATION HEARINGS.**