## VIOLATION OF SUPERVISED RELEASE PROCEEDINGS MINUTE SHEET

| CR No.: **15-4269 JB** | | USA v. | **VARELA, et al.** | |
|---|---|---|---|---|
| Date: **06/11/2026** | Time in: **1:50 PM** | Time Out: **2:33 PM** | **21 MINUTES** (2 cases: CR 15-4268JB) | |
| Before the Honorable | **JAMES O. BROWNING, SENIOR UNITED STATES DISTRICT JUDGE** | | | |
| Clerk: | **JO ANN O. STANDRIDGE** | Court Reporter: | **FATIMA SANCHEZ** | |
| Defendant: | **MARIO RODRIGUEZ** | Defendant's Counsel: | **SANTIAGO HERNANDEZ** | |
| AUSA: | **MARIA ARMIJO** | Probation Officer: | **DONNA LUCERO** | |
| VSR Held: | **LAS CRUCES, NM** | Interpreter: | **N/A** | |

### ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| X | Defendant sworn |
| X | Court questions Defendant regarding his/her physical and mental conditions |
| X | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s):  **SC, SC, SPC, SC (Amd Petition – 03/24/2026)** |
| X | Proceed to sentencing |

### SENTENCE IMPOSED

| Imprisonment: | **92 DAYS (A term of 92 days shall run concurrently to the sentence imposed in DNM case no. 2:15-CR-04268-015JB).** | Supervised Release: | **36 MONTHS (Said term of 36 months shall run concurrently to TSR imposed in DNM case no. 2:15-CR-04268-015JB)** |
|---|---|---|---|

### SPECIAL CONDITIONS

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | X* | Reside residential reentry center, transitional living program or similar program for a term of 180 days |
| X* | Substance abuse testing (up to 60 tests per year) | X* | Participate in an inpatient subst abuse program (CENIKOR, FARMINGTON, NM) |
| X* | Participate in a mental health treatment program / take all mental health medications prescribed | X* | Submit to search of person/property |
| X* | Refrain from use or possession of alcohol / testing (up to 4 tests per day) | X* | No contact with any known gang member |
| X* | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | X* | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia |
| X | Parties have reviewed the standard and special conditions listed in Bruce Memo to PSR. Doc. 132-1 | X | Parties have no objections to the conditions listed in Bruce Memo to PSR. Doc 132-1 |
| X | Parties waive reading of conditions | X | Conditions are imposed as listed in Bruce Memo to the PSR to include the justification and nexus of the conditions listed. Doc 132-1 |

| | |
|---|---|
| X | **ADVISED OF** Appeal Rights |
| X | **HELD IN CUSTODY** |
| | Recommended place of incarceration: |
| NOTES: | **DEFT SHALL <u>IMMEDIATELY</u> ENTER INTO THE CENIKOR IN-PATIENT PROGRAM, FARMINGTON, NM, UPON HIS RELEASE FROM CBOP.** **DEFT ASSURES THE COURT THAT HIS FAMILY WILL TRANSPORT HIM TO THE CENIKOR IN-PATIENT PROGRM.** **\*Special Conditions listed in the Bruce Notification (Attachment A) was not read in open Court. Defense agreed to waive reading.** |