**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough, United States Magistrate Judge

Initial Appearance (Revocation)

| | | | |
|---|---|---|---|
| Case Number: | 15-CR-4268 JB<br>15-CR-4269 JB | UNITED STATES vs. Rodriguez | |
| Hearing Date: | Friday, July 10, 2026 | Time In and Out: | 9:40 a.m./9:42 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Mario Rodriguez | Defendant's Counsel: | Gene Allen Franco (for the limited purpose of this proceeding) |
| AUSA: | Allysa Gambarella | Pretrial/Probation: | Sarena Maynez |
| Interpreter: | | Witness: | |

**Initial Appearance**

| | |
|---|---|
| ☒ | Defendant received a copy of charging document |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights |
| ☒ | Defendant would like Court appointed counsel |

| | | | |
|---|---|---|---|
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |

| | | | |
|---|---|---|---|
| ☒ | Set for Preliminary Revocation/Detention Hearing | on Tuesday, July 14, 2026 | @ 9:30 a.m. |

**Preliminary/Show Cause/Identity**

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Preliminary Hearing held | | |
| ☐ | Court finds | ☐ | Court does not find probable cause |

**Detention**

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☐ | |

**Custody Status**

| | |
|---|---|
| ☒ | Defendant remanded to the custody of United States Marshal's Service |
| ☐ | Conditions |

**Other**

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to     for Final Revocation Hearing |
| ☐ | |