AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 1 4 2026

ERIK PALTROW
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America        )
v.                              )
_Mario Rodriguez_               )    Case No. 2:15-cr-04269-SB
          Defendant             )           15-4269 JB
                                )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _7-14-2026_

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

_William P. Greig    142933_
_Printed name and bar number of defendant's attorney_

_300 Central Ave SW Suite 3500 Albuquerque NM 87102_
_Address of defendant's attorney_

_Williamdgreig@gmail.com_
_E-mail address of defendant's attorney_

_505-306-3007_
_Telephone number of defendant's attorney_

_505-314-1452_
_FAX number of defendant's attorney_