**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Phillip G. Sapien,  United States Magistrate Judge

Preliminary Revocation/Detention Hearing

| Case Number: | 15-4269 JB | UNITED STATES vs. Rodriguez | |
|---|---|---|---|
| Hearing Date: | Tuesday, July 14, 2026 | Time In and Out: | 9:42 am-9:57 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Mario Rodriguez | Defendant's Counsel: | William Greig |
| AUSA: | Eva Fontanez | Pretrial/Probation: | Angie Escobedo |
| Interpreter: | | Witness: | |

**Initial Appearance**

| | | | |
|---|---|---|---|
| ☐ | Defendant received a copy of charging document | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☐ | Defendant | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention |
| ☐ | Set for | on | @ |

**Preliminary/Show Cause/Identity**

| | | | |
|---|---|---|---|
| ☒ | Defendant waives Preliminary Revocation Hearing | | |
| ☐ | Preliminary Hearing held | | |
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |

**Detention**

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☐ | |

**Custody Status**

| | | |
|---|---|---|
| ☒ | Defendant remanded to the custody of United States Marshal's Service | |
| ☐ | Conditions | |

**Other**

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☒ | Matter referred to District Judge for Final Revocation Hearing |
| ☐ | |