# United States District Court
## District of New Mexico

UNITED STATES OF AMERICA,

    v.

MARIO RODRIGUEZ

**ORDER OF DETENTION PENDING REVOCATION HEARING**

Case Number: 15-CR-04268 JB
15–CR 04269 JB

    In accordance with the Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending a final revocation hearing in this case.

### Findings of Fact

(1) The defendant is held in custody for violating probation or supervised release. *See* Fed. R. Crim. P. 32.1(a)(1).

(2) The Court held a preliminary hearing and found probable cause for some or all of allegations of violation of probation or supervised release OR a preliminary hearing was waived by the defendant. *See* Fed. R. Crim. P. 32.1(b)(1)(A).

(3) At the detention hearing, the defendant did not establish, nor did the court find, by clear and convincing evidence that the defendant will not flee or pose a danger to any other person or to the community if released under 18 U.S.C. § 3142(b) (personal recognizance or unsecured appearance bond) or (c) (release on conditions) pending further proceedings. *See* Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1).

(4) Additional findings or explanations: *Defendant's underlying charges were crimes of violence. Defendant was required to complete a stay at La Pasada Halfway House (LPHWH) for 180 days. However, he was unsuccessfully discharged from LPHWH for non-compliance with facility rules and regulations, including committing battery on a dormmate at LPHWH. Although the defendant was not arrested at the time, he was charged with Battery by the Albuquerque Police Department. Defendant did not present clear and convincing evidence that he is not a flight risk or danger to the community, and his proposed Third-party custodians have not been interviewed and vetted by the US Probation Department as appropriate custodians for third-party release.*

### ORDER OF DETENTION

    Therefore, pursuant to Fed. R. Crim. P. 32.1(a)(6), the defendant shall be and is ordered detained pending a revocation hearing.

    The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending a revocation hearing. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Date: 07/14/2026

_____
Phillip G. Sapien, U.S. Magistrate Judge

Revised 06/05/2024